1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11    CHUKCHANSI INSURANCE, INC.,              No.  1:25-cv-00523-JLT-BAM

12                Plaintiff,                    ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
13          v.                                 PLAINTIFF'S APPLICATION FOR ENTRY
                                               OF DEFAULT JUDGMENT AGAINST
14    FRED ALCORTA,                            DEFENDANT FRED ALCORTA PURSUANT
                                               TO RULE 55(B)(1) OF THE FEDERAL
15                Defendant.                    RULES OF CIVIL PROCEDURE

16                                             (Docs. 8, 9)

17

18          Plaintiff Chukchansi Insurance, Inc., asserts claims against Fred Alcorta for violation of

19    the Racketeering Influenced and Corrupt Organizations Act, breach of an employment agreement,

20    conversion, fraudulent deceit, and fraud.  (Doc. 1.)  Plaintiff filed an application requesting that

21    the Clerk of the Court enter default judgment against defendant and award Plaintiff

22    $10,884,566.25 pursuant to Federal Rule of Civil Procedure 55(b)(1).

23          On August 1, 2025, the assigned magistrate judge issued Findings and Recommendations

24    to deny Plaintiff's application for entry of default judgment against defendant under Rule

25    55(b)(1).  (Doc. 9.)  The magistrate judge found that Plaintiff does not seek a "sum certain" or a

26    "sum that can be made certain by computation" as required for entry of default judgment pursuant

27    to Rule 55(b)(1).  (*Id.* at 3.)

28          The Court served the Findings and Recommendations on Plaintiff and notified it that any

                                               1

objections were due within fourteen (14) days.  (Doc. 9 at 3-4.)  Plaintiff filed a document entitled "objections" on August 13, 2025, but therein states that it does not contest the magistrate judge's Findings and Recommendations and will instead file a motion for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). (Doc. 11.)

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.    The Findings and Recommendations issued on August 4, 2025 (Doc. 9) are **ADOPTED**.

2.    Plaintiff's application for entry of default judgment against Defendant Fred Alcorta pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure (Doc. 8) is **DENIED**.

3.    The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **August 14, 2025**

UNITED STATES DISTRICT JUDGE