UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKCHANSI INSURANCE, INC., | Case No. 1:25-cv-00523-JLT-BAM |
| Plaintiff, | **ORDER CONSTRUING DEFENDANT'S REQUEST FOR A CONTINUANCE AS A MOTION TO SET ASIDE DEFAULT AND SETTING BRIEFING SCHEDULE** |
| v. | |
| FRED ALCORTA, | (Doc. 14) |
| Defendant. | |

On May 5, 2025, Plaintiff Chukchansi Insurance, Inc. ("Plaintiff") filed a complaint seeking damages, costs, and attorneys' fees against Defendant Fred Alcorta ("Defendant") pursuant to 18 U.S.C. § 1962(c) and Cal. Civ. Code §§ 1572, 1709, and 1710, as well as bringing claims for breach of contract and conversion. (Doc. 1.) Defendant was served on May 7, 2025 and summons was returned executed on May 20, 2025. (Doc. 4.) Defendant did not timely answer the complaint. On June 25, 2025, Plaintiff filed a request for entry of default as to Defendant (Doc. 5), and the Clerk of Court entered default against him on June 25, 2025. (Doc. 6.) On July 23, 2025, Plaintiff filed a request for default judgment against Defendant. (Doc. 8.) On August 15, 2025, the District Judge adopted Findings and Recommendations denying Plaintiff's application for entry of default judgment against Defendant. (Doc. 12.)

On September 11, 2025, Defendant filed a request for a continuance, asking the Court to continue proceedings until February 10, 2026 to allow him time to retain an attorney. (Doc. 14.) The Court construes the request for a continuance as a motion by Defendant, appearing *pro se*, to set aside the Clerk's entry of default against him.

On September 16, 2025, the Court convened a status conference. The Court informed

1  Defendant that default had been entered against him, but that the Court would construe his

2  appearance and request for a continuance as a request to set aside the default.  Plaintiff objected

3  to the Court construing the request as a motion to set aside default.  Plaintiff discussed its

4  opposition to Plaintiff's request to set aside the default, and the Court informed Defendant that

5  the Court could not dispose of the matter at this hearing.  Accordingly, Plaintiff will be allowed

6  an opportunity to file supplemental briefing addressing the form of Defendant's request, whether

7  good cause exists to set aside the Clerk's entry of default, or other appropriate matters.  Plaintiff

8  will likewise be allowed an opportunity to respond.  *See* Fed. R. Civ. P. 55(c); E.D. Cal. L.R. 230;

9  *Franchise Holding II, LLC v. Huntington Rests. Group, Inc.*, 375 F.3d 922, 926 (9th Cir. 2004).

10           Accordingly, IT IS HEREBY ORDERED as follows:

11           1. Plaintiff is ORDERED to file his opposition to Defendant's request to set aside the

12  default by **October 10, 2025**; and

13           2.      Defendant is ORDERED to file his reply to Plaintiff's opposition, if he chooses to

14  do so, by **October 24, 2025**.

15           3.      The Clerk of the Court is directed to update the docket with the contact

16  information of Fred Alcorta at his last known address:

17                   692 W Ellery Ave.
                     Clovis, CA 93612
18                   fredalcorta1@gmail.com

19  Defendant is advised that pursuant to Local Rules 182(f) and 183(b) he is under a continuing duty

20  to notify the Clerk and all other parties of any change of address or telephone number.

21           4.      The Clerk of the Court is directed to serve a copy of this Order and the minutes for

22  proceedings held on September 16, 2025 (Doc. 15) on Defendant by mail at his last known

23  address and by email.

24

25  IT IS SO ORDERED.

26     Dated:   __**September 16, 2025**__          ___/s/ *Barbara A. McAuliffe*___

27                                                 UNITED STATES MAGISTRATE JUDGE

28