UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKCHANSI INSURANCE, INC., | Case No.  1:25-cv-00523-JLT-FJS |
| Plaintiff, | ORDER SETTING SCHEDULING CONFERENCE |
| v. | |
| FRED ALCORTA, | |
| Defendant. | |

On August 4, 2025, the initial scheduling conference set for August 5, 2025, was converted to a status conference to discuss the status of the case, including Plaintiff Chukchansi Insurance, Inc.'s request for an entry of default against Defendant Fred Alcorta, proceeding pro se. (ECF No. 10.) The status conference was held on December 18, 2025. (ECF No. 22.) At the conference, the Court granted Defendant's request for additional time to obtain counsel and respond to the complaint, ordered that Defendant shall file a responsive pleading by January 9, 2026, and cautioned Defendant that if Defendant failed to respond to the complaint by January 9, 2026, then the Clerk of the Court will be instructed to enter default. (ECF No. 23.) On January 7, 2026, Defendant filed a timely answer. (ECF No. 24.) A scheduling conference has yet to be conducted in this action.

Accordingly, the Court HEREBY sets a SCHEDULING CONFERENCE for May 18, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties

shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:    **April 21, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2