UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKCHANSI INSURANCE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FRED ALCORTA,<br><br>Defendant. | Case No. 1:25-CV-00523-JLT-FJS<br><br>ORDER RE: STIPULATION AND ORDER TO STAY PROCEEDINGS TO PURSUE SETTELEMENT<br><br>(ECF No. 35) |

Plaintiff Chukchansi Insurance, Inc. ("Plaintiff"), by and through its counsel of record, and Defendant Fred Alcorta ("Defendant"), proceeding pro se (collectively, the "Parties"), hereby stipulate and jointly request as follows:

1. The Parties have engaged in settlement discussions pursuant to Federal Rule of Evidence 408 and believe that a good-faith resolution of this action without further litigation is reasonably achievable.

2. The Parties therefore stipulate and jointly request that all proceedings in this action, including all discovery, be stayed for thirty (30) days from the filing of this document, to allow the Parties to pursue settlement.

3. The Parties respectfully request that the Court approve the Stipulation and enter the Order below.

DATED: September 3, 2026

/s/ Les Marston
LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net
*Attorney for Plaintiff*
*Chukchansi Insurance, Inc.*

DATED: September 3, 2026

*/s/* Fred Alcorta
Fred Alcorta
Defendant, *Pro se*

ORDER

Pursuant to the stipulation of the Parties (ECF No. 37), and good cause appearing, IT IS HEREBY ORDERED that all proceedings in this action, including discovery, are STAYED for thirty (30) days from the filing of the parties' stipulation, to allow the parties to pursue settlement.

This thirty-day stay does not impact the remaining deadlines in the court's scheduling order. (ECF No. 34.) Those upcoming deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE